UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASTRO, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01617-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 11) |

　　　　Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for leave to file an amended complaint, filed December 7, 2020.  On this same date, Plaintiff also filed a first amended complaint.

　　　　Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or within twenty-one days after it is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).  Because no responsive pleading has been served, Plaintiff may amend the complaint as a matter of course, without court permission.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint is GRANTED; and
2. Plaintiff is advised that the Court will screen the amended complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:   **December 9, 2020**

UNITED STATES MAGISTRATE JUDGE