UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III, <br><br>   Plaintiff, <br><br>   v. <br><br> CASTRO, et al., <br><br>   Defendants. | No.: 1:20-cv-01617-NONE-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. No. 17) |

Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's deliberate indifference claim against defendant Regado for making death threats, and against defendants Regado, Ruiz, and Castro for deliberate indifference to his safety and violation of the Equal Protection Clause. (Doc. No. 17.) The magistrate judge also recommended that all other claims and defendants be dismissed from the action for failure to state a cognizable claim for relief. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen (14) days. (*Id.* at 2.) No objections were filed and the time to do so has expired.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 1, 2021 (Doc. No. 17), are adopted in full;
2. This action shall proceed on plaintiff's deliberate indifference claim against defendant Regado for making death threats, and against defendants Regado, Ruiz, and Castro for deliberate indifference to his safety and violation of the Equal Protection Clause; and
3. All others claims and defendants are dismissed from the action.

IT IS SO ORDERED.

Dated: **March 7, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE