UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT CURTIS WILLIAMS, III | ) | No.: 1:20-cv-01617-NONE-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | NEW Case No. 1:20-cv-01617-SAB (PC) |
| CASTRO, et al., | ) ) | ORDER REASSINGING MATTER |
| Defendants. | ) ) ) | |

     Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     On December 20, 2020, plaintiff consented to magistrate judge jurisdiction. *See* Doc. No. 10. On December 22, 2021, defendants consented to magistrate judge jurisdiction. *See* Doc. No. 37.

     Accordingly, all parties to this action having voluntarily consented to have a magistrate judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

     1.     This action is assigned to United States Magistrate Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

     2.     The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Stanley A. Boone; and

1

3.      The new case number for this matter shall be 1:20-cv-01617-SAB, and the parties shall use case number 1:20-cv-01617-SAB in all further filings.

IT IS SO ORDERED.

Dated:   **January 5, 2022**            /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE