UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>    Plaintiff,<br><br>    v.<br><br>CASTRO, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01617-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION AND DISMISSING ALL CLAIMS AGAINST DEFENDANT E. RUIZ<br><br>(ECF No. 40) |

Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 16, 2022, the parties filed a stipulation to dismiss all claims against Defendant E. Ruiz.

Good cause having been presented, it is HEREBY ORDERED that all claims Defendant E. Ruiz with prejudice is made knowingly, voluntarily, and intelligently. The Court further finds that no threats or promises were made to encourage the request to dismiss Defendant E. Ruiz. Accordingly, all claims against Defendant E. Ruiz are dismissed with prejudice, and the parties shall bear their own costs with respect to Defendant E. Ruiz.

IT IS SO ORDERED.

Dated:   **March 17, 2022**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1