# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTRO, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01617-SAB (PC)<br><br>ORDER APPROVING PARTIES STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 40) |

Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 16, 2022, the parties filed a stipulation to modify the discovery and scheduling order.

Good cause having been presented, it is HEREBY ORDERED that the parties may conduct discovery until, and file any motion to compel discovery by, May 25, 2022; and all pretrial motions, except motions to compel discovery, shall be filed on or before August 5, 2022. All other remaining terms set forth in the discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 17, 2022**

UNITED STATES MAGISTRATE JUDGE

1