UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASTRO, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01617-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S NOTICE TO PROCEED WITH THE EXPEDITED TRIAL SETTING PROCEDURES WITHIN TEN DAYS<br><br>(ECF No. 43) |

　　　　Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's notice to proceed with the Court's expedited trial setting procedures, filed May 16, 2022.

　　　　On July 26, 2021, the Court issued the discovery and scheduling order and provided the parties with the notice of the Court's expedited trial setting procedures upon consent of all parties. (ECF No. 30.) Pursuant to the parties stipulation, the current discovery deadline is May 25, 2022, and the dispositive motion is August 5, 2022.

　　　　On January 5, 2022, the action was reassigned by the District Judge based on both parties consent to Magistrate Judge jurisdiction. (ECF No. 38.) The Court's notice provided that if all parties consent to Magistrate Judge jurisdiction, the Court will immediately schedule a trial setting hearing, acknowledging that a dispositive motion deadline will render the trial moot. (ECF No. 30-1.)

     Based on the parties consent to Magistrate Judge jurisdiction this case is no longer subject to review by the District Judge or trailing of the jury trial schedule, and the case will proceed in an expedited manner. Nonetheless, in light of the procedural posture of this case, the Court HEREBY DIRECTS Defendants to file a response to Plaintiff's notice within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 20, 2022**

UNITED STATES MAGISTRATE JUDGE