**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTRO, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01617-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 46) |

Plaintiff Robert Curtis Williams, III is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed August 3, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to September 5, 2022. All other provisions of the Court's July 26, 2021 order remain in effect.

IT IS SO ORDERED.

Dated: __**August 4, 2022**__

UNITED STATES MAGISTRATE JUDGE

1