# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FILED ON DECEMBER 22, 2022 ON OR BEFORE JANUARY 7, 2023<br><br>(ECF No. 54) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on February 21, 2023.

On December 22, 2022, Plaintiff filed a motion for the appointment of counsel wherein he claims he has not (and currently does not) have access to his legal property in order to meet the pending pretrial deadlines. In light of the pending trial date, Defendants are HEREBY DIRECTED to file a response to Plaintiff's December 22, 2022, motion addressing whether he has not and currently has access to his legal property on or before **January 7, 2023**.

IT IS SO ORDERED.

Dated: __January 3, 2023__

UNITED STATES MAGISTRATE JUDGE

1