# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>    Plaintiff,<br><br>    v.<br><br>CASTRO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER CONTINUING PRETRIAL CONFERING HEARING TO FRIDAY, JANUARY 27, 2023, AT 9:00 A.M. |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter is currently set for jury trial on February 21, 2023.

On January 20, 2023, the Court held a pretrial conference in this matter.  Deputy Attorney General Peter Lewicki appeared on behalf of Defendants and Plaintiff did not appear. As referenced in the status report filed by Defendants, Plaintiff was transferred to the Sacramento County Jail pending criminal charges on January 11, 2023.  (ECF No. 61.) Because of Plaintiff's recent transfer in custody, the Court continued the pretrial hearing and directed Defendants to investigate whether Plaintiff currently has access and/or custody of his legal property in order to proceed with this matter.  As stated at the hearing, the Court intends to proceed with the scheduled motions in limine hearing scheduled for February 8, 2023, at 10:00 a.m., and the will issue the necessary writ of habeas corpus ad testificandum for Plaintiff's

1

attendance by way of separate order. Accordingly, it is HEREBY ORDERED that the pretrial conference is continued to Friday, January 27, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 20, 2023**

UNITED STATES MAGISTRATE JUDGE

2