UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>                     Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>                     Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER & **AMENDED** WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ROBERT CURTIS WILLIAMS, III**, Inmate No. X-4416799<br><br>DATE: February 8, 2023<br>TIME:  10:00 a.m. |

      **Inmate Robert Curtis Williams, III, Inmate No. X-4416799**, a necessary and material participant on his own behalf in proceedings in a motions in limine hearing February 8, 2023, at 10:00 a.m., is confined at the Sacramento County Jail, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on February 8, 2023, at 10:00 a.m..

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in, <u>along with his legal property</u>,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Sheriff of the Sacramento County Jail:**

      **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 27, 2023**

                                                          UNITED STATES MAGISTRATE JUDGE

