# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER FOR SHERIFF OF THE SACRAMENTO COUNTY JAIL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ROBERTY CURTIS WILLIAMS, III<br><br>(ECF Nos. 65, 68) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 20, 2023, the Court issued a writ of habeas corpus ad testificandum to the Sheriff of the Sacramento County Main Jail to produce Plaintiff, inmate Robert Curtis Williams, III, to appear in person in the United States District for the Eastern District of California, Fresno Division, on February 8, 2023, for a continued pretrial conference and motions in limine hearing. (ECF No. 65.) On January 27, 2023, the Court issued an amended writ of habeas corpus ad testificandum as to Plaintiff for transportation on February 8, 2023, along with his legal property. (ECF No. 68.)

On February 8, 2023, the Court conducted a continued pretrial conference and Plaintiff did not appear as directed by the Court's prior orders. (ECF Nos. 65, 68.) Accordingly, it is HEREBY ORDERED that within twenty (20) days the Sheriff of the Sacramento County Main

Jail shall show cause why sanctions should not be imposed for failure to comply with the Court's January 20 and 27, 2023, orders.  <u>The Clerk of Court shall serve a copy of this order on the Sacramento County Sheriff's Department.</u>

IT IS SO ORDERED.

Dated:   **February 8, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE