# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER VACATING FEBRUARY 21, 2023, JURY TRIAL TO BE RESCHEDULED AT LATER TIME, AND DIRECTING DEFENDANTS TO FILE A STATUS REPORT EVERY THIRTY DAYS<br><br>(ECF No. 49) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 8, 2023, the Court held a pretrial conference which was continued from January 27, 2023. Peter Lewicki and Lawrence Bragg appeared on behalf of Defendants. Plaintiff did not appear, despite the fact that a writ of habeas corpus ad testificandum was issued on January 20, 2023, and amended on January 27, 2023. (ECF Nos. 66, 68.)

Because Plaintiff is now in custody of the Sacramento County Jail pending criminal charges and has not made an appearance for purposes of a pretrial conference, the Court must VACATE the February 21, 2023, jury trial date to be rescheduled at a later time. Defendants are HEREBY DIRECTED to file a status report regarding Plaintiff's criminal proceedings every thirty (30) days until the conclusion of the matter or further order of the court.

IT IS SO ORDERED.

Dated: **February 8, 2023**

_____
UNITED STATES MAGISTRATE JUDGE