UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER & **AMENDED** WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ROBERT CURTIS WILLIAMS, III**, Inmate No. X-4416799<br><br>DATE: March 14, 2023<br>TIME:  8:30 a.m. |

**Inmate Robert Curtis Williams, III, Inmate No. X-4416799**, a necessary and material participant on his own behalf in proceedings in a jury trial on March 14, 2023, at 8:30 a.m., is confined at the Sacramento County Jail, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on March 14, 2023, at 8:30 a.m. and each date thereafter until the civil jury trial is complete.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in, along with his legal property,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

　　**To: The Sheriff of the Sacramento County Jail:**

　　**WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **February 10, 2023**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

