# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED ON FEBRUARY 8, 2023<br><br>(ECF No. 70) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 20, 2023, the Court issued a writ of habeas corpus ad testificandum to the Sheriff of the Sacramento County Main Jail to produce Plaintiff, inmate Robert Curtis Williams, III, to appear in person in the United States District for the Eastern District of California, Fresno Division, on February 8, 2023, for a continued pretrial conference and motions in limine hearing. (ECF No. 65.) On January 27, 2023, the Court issued an amended writ of habeas corpus ad testificandum as to Plaintiff for transportation on February 8, 2023, along with his legal property. (ECF No. 68.)

On February 8, 2023, the Court conducted a continued pretrial conference and Plaintiff did not appear as directed by the Court's prior orders. (ECF Nos. 65, 68.) However, it came to the Court's attention that Plaintiff was, in fact, transported from the Sacramento County Jail for

the hearing on February 8, 2023, and was held at the Fresno County Jail.  Therefore, on February 10, 2023, the Court conducted the continued pretrial and motions in limine hearings and Plaintiff appeared in person.

As Plaintiff was transferred and appeared in person for the hearing on February 10, 2023, it is HEREBY ORDERED that the order for the Sheriff of the Sacramento County Jail to show cause why sanctions should not be imposed issued on February 8, 2023 (ECF No. 71) is VACATED.  <u>The Clerk of Court shall serve a copy of this order on the Sacramento County Sheriff's Department.</u>

IT IS SO ORDERED.

Dated:  **February 10, 2023**

UNITED STATES MAGISTRATE JUDGE