# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>**AMENDED** ORDER REGARDING RETURN OF PLAINTIFF TO SACRAMENTO COUNTY JAIL UNTIL JURY TRIAL ON **MARCH 14, 2023**, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION<br><br>(ECF No. 75) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 10, 2023, Plaintiff appeared before this Court, in person, for a pretrial conference pursuant to the writ of habeas corpus ad testificandum issued on January 27, 2023. (ECF No. 68.)

It is HEREBY ORDERED that Plaintiff shall be transferred back to the Sacramento County Jail to be returned to the United States District Court in Fresno, in person, along with his legal property, pursuant to the attached writ of habeas corpus ad testificandum for a jury trial scheduled in this matter on **March 14, 2023, at 8:30 a.m.**  (ECF No. 75.)  The Clerk of Court shall serve a copy of this order and the writ of habeas corpus ad testificandum issued on February 10, 2023 (ECF No. 75) on the Sheriff of Sacramento County Main Jail and a courtesy copy on the Sheriff of the Fresno County Jail.

IT IS SO ORDERED.

Dated:   **February 15, 2023**

UNITED STATES MAGISTRATE JUDGE