## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III<br><br>         Plaintiff,<br><br>    v.<br><br>CASTRO, et al.,<br><br>         Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S ADDRESS OF RECORD AND DIRECTING CLERK OF COURT TO RE-SERVE THE PRETRIAL ORDER FILED ON FEBRUARY 10, 2023<br><br>(ECF No. 77) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 10, 2023, the Court issued the pretrial order in this case which was served on Plaintiff at the Sacramento County Jail-his address of record. (ECF No. 77.) However, on February 24, 2023, the order was returned to the Court with a notation as "undeliverable" and unable to forward.

The Court takes judicial notice of the Sacramento County Jail website inmate locator, which indicates that Plaintiff is currently housed at Rio Consumnes Correctional Center, 12500 Bruceville Road, Elk Grove, CA 95757.[1]  In the interest of justice, the Court will update

---

[1] United States v. Basher, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of Bureau of Prison's inmate locator available to the public); see also Foley v. Martz, No. 3:18-cv-02001-CAB-AGS, 2018 WL 5111998, at *1 (S.D. Cal. Oct. 19, 2018) (taking judicial notice of CDCR's inmate locator); Graham v. Los Angeles Cnty., No. 2:18-cv-01126-PA (GJS), 2018 WL 6137155, at *2 (C.D. Cal. May 4, 2018) (taking judicial notice to Federal Rule of Evidence 201 of information regarding the status of inmate via the Los Angeles County Sheriff's Department's website and its inmate locator function).

Plaintiff's address of record and re-serve the Court's pretrial order issued on February 10, 2023, at Plaintiff's new location.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall update Plaintiff's address of record to reflect that he is currently housed at Rio Consumnes Correctional Center, 12500 Bruceville Road, Elk Grove, CA 95757; and

2. The Clerk of Court shall re-serve the Court's pretrial order issued on February 10, 2023 (ECF No. 77), at Plaintiff's new address of record.

IT IS SO ORDERED.

Dated: __**March 1, 2023**__          _____
                                     UNITED STATES MAGISTRATE JUDGE