# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III | Case No. 1:20-cv-01617-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE WITNESS PHILLIP EDWARDS, CDCR NO. BI6689 |
| v. | |
| CASTRO, et al., | |
| Defendants. | (ECF No. 89) |

Plaintiff Robert Curtis Williams, III is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 2, 2023, Defendants filed a motion for the issuance of a writ of habeas corpus ad testificandum as to inmate, Phillip Edwards, CDCR No. BI6689, to appear as a witness in the jury trial scheduled for March 14, 2023.  (ECF No. 89.)

Good cause having been presented, it is HEREBY ORDERED that Defendants' motion for the issuance of a writ of habeas corpus ad testificandum as to inmate Phillip Edwards, CDCR No. BI6689, is GRANTED, and the Court will issue the transportation writ by way of separate order.

IT IS SO ORDERED.

Dated:   **March 2, 2023**

UNITED STATES MAGISTRATE JUDGE