UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>                Plaintiff,<br><br>v.<br><br>CASTRO, et al.,<br><br>                Defendants. | Case No. 1:20-cv-01617-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE PHILLIP EDWARDS,** CDCR No. BI6689<br><br>**DATE: March 14, 2023**<br>**TIME:  8:30 a.m.** |

**Inmate Phillip Edwards, CDCR No. BI6689**, a necessary and material witness in the jury trial scheduled for March 14, 2023, at 8:30 a.m., is confined at the California State Prison, Sacramento, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on March 14, 2023, at 8:30 a.m. and each date thereafter until the civil jury trial is complete.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of the California State Prison, Sacramento:**

    **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **March 2, 2023**

                                                                    UNITED STATES MAGISTRATE JUDGE

