*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

**ROBERT CURTIS WILLIAMS, III,**

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:20-CV-01617-SAB

**CASTRO ET. AL.,**

      Defendant.
_____/

      JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 03/15/2023.*

DATED: March 15, 2023

                                      KEITH HOLLAND, Clerk

                                    /S/ VICTORIA GONZALES
                                  By:
                                              Deputy Clerk